DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ADEWALE ONI,**
Appellant,

v.

**WILMINGTON TRUST, N.A.,** et al.,
Appellee.

No. 4D22-1522

[May 25, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. CACE15-14412.

Ovide Val of Law Office of Ovide Val, North Miami Beach, and Nashid Sabir of BLU Ocean Law Group, Miami, for appellant.

Amber Kourofsky of Troutman Pepper Hamilton Sanders LLP, Atlanta, GA, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***